Ringold, J.

[No. 11569-3-I.   Division One.   December 20, 1982; March 22, 1983.]

LESLIE H. SOUTHWELL, ET AL, *Petitioners,* v. WIDING
TRANSPORTATION, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-02663-1, James D. McCutcheon, Jr., J.,
entered March 9, 1982. *Reversed* and *remanded* by unpub-
lished opinion per Ringold, J., concurred in by Callow, J.,
Scholfield, J., dissenting.

[No. 9465-3-I.   Division One.   December 20, 1982.]

*In the Matter of the Marriage of* PAUL L. HOWLAND,
*Respondent, and* WINIFRED E. HOWLAND,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D-124039, James W. Mifflin, J. Pro Tem.,
entered October 6, 1980. *Affirmed* by unpublished opinion
per Ringold, J., concurred in by Durham, A.C.J., and Cal-
low, J.

[No. 9168-9-I.   Division One.   December 20, 1982.]

PEOPLES NATIONAL BANK OF WASHINGTON, *Respondent,* v.
RICHARD A. CRONIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79-2-01707-6, Daniel T. Kershner, J.,
entered July 30, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Callow and Scholfield, JJ.